# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF MISSISSIPPI

# EASTERN DIVISION

| | |
|---|---|
| **LA-Z-BOY INCORPORATED** | **PLAINTIFF** |
| **VERSUS** | **NO. 4:05CV 16 TSL-AGN** |
| **CHINA AIRLINES, LTD., ET AL** | **DEFENDANT** |

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

This cause is before the Court on the *ore tenus* motion of Plaintiff and Defendant Air Freight Express, Inc. for the entry of a Judgment of Dismissal with Prejudice as to this Defendant. Having considered the motion, and the settlement among the parties, the Court finds that it is well-taken and should be granted.

IT IS THEREFORE ORDERED that Defendant Air Freight Express, Inc., is hereby dismissed from this action with prejudice, with each party to bear its own costs and attorneys fees.

/s/Tom S. Lee        2/15/07
U.S. DISTRICT JUDGE

-1-

NO NMS 136398 v1
2900428-000001

AGREED TO:


/s/ Nyka M. Scott
James H. Roussel (LA Bar Roll No. 11496)
Nyka M. Scott (LA Bar Roll No. 28757)
Baker, Donelson, Bearman, Caldwell &
     Berkowitz, PC
201 St. Charles Ave., Ste. 3600
New Orleans, LA 70170
Telephone: (504) 566-5278
Facsimile: (504) 636-3978
nscott@bakerdonelson.com
Attorneys for La-Z-Boy



/s/ Joseph M. Gianola, Jr.
Joseph M. Gianola, Jr.
Robinson, Biggs, Ingram, Solop & Farris, PLLC
111 Capitol Building
111 East Capitol Street, Suite 101
Jackson, Mississippi 39201
Direct Dial: (601) 713-6313
Direct Fax: (601) 346-4758
General Office: (601) 713-1192
General Fax: (601) 713-2049
E-Mail Address: jgianola@rbisf.com